B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Large Cartage, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-3797291** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2571 Busse Road**<br>**Suite 304**<br>**Elk Grove Village, IL**     ZIP Code **60007** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Large Cartage, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(1/08)** Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Large Cartage, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Joel A. Schechter**
Signature of Attorney for Debtor(s)

**Joel A. Schechter 03122099**
Printed Name of Attorney for Debtor(s)

**LAW OFFICES OF JOEL A. SCHECHTER**
Firm Name

**53 W. Jackson Blvd.**
**Suite 1025**
**Chicago, IL 60604**
Address

**Email: joelschechter@covad.net**
**(312)332-0267  Fax: (312)939-4714**
Telephone Number

**June 20, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Young Sun Park**
Signature of Authorized Individual

**Young Sun Park**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 20, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Large Cartage, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American President Line, Ltd.**<br>**116 Inverness Drive East**<br>**Suite 400**<br>**Englewood, CO 80112** | **American President Line, Ltd.**<br>**116 Inverness Drive East**<br>**Suite 400**<br>**Englewood, CO 80112** | **trade debt** | | **4,081.00** |
| **Charter One Bank**<br>**1215 Superior Avenue**<br>**Cleveland, OH 44114** | **Charter One Bank**<br>**1215 Superior Avenue**<br>**Cleveland, OH 44114** | | | **801,167.50**<br><br>**(0.00 secured)** |
| **Charter One Bank**<br>**1215 Superior Avenue**<br>**Cleveland, OH 44114** | **Charter One Bank**<br>**1215 Superior Avenue**<br>**Cleveland, OH 44114** | | | **150,787.93**<br><br>**(0.00 secured)** |
| **CMA**<br>**5701 Lake Wright Drive**<br>**Norfolk, VA 23502** | **CMA**<br>**5701 Lake Wright Drive**<br>**Norfolk, VA 23502** | **trade debt** | | **18,360.00** |
| **Colliers Harry K. Moore**<br>**7316 New Lagrange Road**<br>**Louisville, KY 40222** | **Colliers Harry K. Moore**<br>**7316 New Lagrange Road**<br>**Louisville, KY 40222** | **lease claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **9,065.04** |
| **Karam Tire**<br>**3596 Moreland Avenue**<br>**Conley, GA 30288** | **Karam Tire**<br>**3596 Moreland Avenue**<br>**Conley, GA 30288** | **trade debt** | | **2,205.54** |
| **Kirk National Lease Co.**<br>**L2670**<br>**Columbus, OH 43260** | **Kirk National Lease Co.**<br>**L2670**<br>**Columbus, OH 43260** | **trade debt** | | **5,261.64** |
| **Lubia Ayala**<br>**c/o Corti, Aleksy & Castaneda**<br>**180 N. LaSalle Street, Suite 2910**<br>**Chicago, IL 60601** | **Lubia Ayala**<br>**c/o Corti, Aleksy & Castaneda**<br>**180 N. LaSalle Street, Suite 2910**<br>**Chicago, IL 60601** | **wrongful death claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **4,342,910.50** |
| **M+S Realty/ Mike McFarlin**<br>**c/o Raymon G. Prince**<br>**150 Second Avenue North, Suite 300**<br>**Nashville, TN 37201** | **M+S Realty/ Mike McFarlin**<br>**c/o Raymon G. Prince**<br>**150 Second Avenue North, Suite 300**<br>**Nashville, TN 37201** | **breach of lease claim** | | **15,465.75** |
| **M+S Realty/Mike McFarlin**<br>**c/o Raymon G. Prince**<br>**150 Second Avenue North, Suite 300**<br>**Nashville, TN 37201** | **M+S Realty/Mike McFarlin**<br>**c/o Raymon G. Prince**<br>**150 Second Avenue North, Suite 300**<br>**Nashville, TN 37201** | **breach of lease claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **50,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Large Cartage, Inc.**  Case No. _____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Maersk** <br> 9033 Arrowpoint Blvd <br> 2nd Floor <br> Charlotte, NC 28273 | **Maersk** <br> 9033 Arrowpoint Blvd <br> 2nd Floor <br> Charlotte, NC 28273 | trade debt | | 21,275.00 |
| **Mediteranean** <br> 420 Fifth Avenue <br> New York, NY 10018 | **Mediteranean** <br> 420 Fifth Avenue <br> New York, NY 10018 | trade debt | | 19,900.00 |
| **MOL** <br> 188 Industrial Drive <br> Suite 300 <br> Elmhurst, IL 60126 | **MOL** <br> 188 Industrial Drive <br> Suite 300 <br> Elmhurst, IL 60126 | trade debt | | 33,439.00 |
| **New Hampshire Insurance Co.** <br> c/o Barbara Yong, Golan & Christie <br> 70 West Madison St., Suite 1500 <br> Chicago, IL 60602-4206 | **New Hampshire Insurance Co.** <br> c/o Barbara Yong, Golan & Christie <br> 70 West Madison St., Suite 1500 <br> Chicago, IL 60602-4206 | workers' comp insurance premium (8/11/06 through 8/11/07) | Disputed | 25,630.00 |
| **NYK** <br> 3350 Highway 138 <br> Bldg One  #221 <br> Wall, NJ 07719 | **NYK** <br> 3350 Highway 138 <br> Bldg One  #221 <br> Wall, NJ 07719 | trade debt | | 11,008.79 |
| **PENSKE/LOU** <br> P.O. Box 802577 <br> Chicago, IL 60680 | **PENSKE/LOU** <br> P.O. Box 802577 <br> Chicago, IL 60680 | trade debt | | 2,613.92 |
| **PENSKE/MEM** <br> P.O. Box 802577 <br> Chicago, IL 60680 | **PENSKE/MEM** <br> P.O. Box 802577 <br> Chicago, IL 60680 | trade debt | | 2,268.43 |
| **TCB** <br> P.O. Box 8519 <br> Saint Louis, MO 63126 | **TCB** <br> P.O. Box 8519 <br> Saint Louis, MO 63126 | trade debt | | 7,400.00 |
| **Viking Properties** <br> 3663 Alum Creek Drive <br> Columbus, OH 43207 | **Viking Properties** <br> 3663 Alum Creek Drive <br> Columbus, OH 43207 | trade debt | | 7,000.00 |
| **Worldwide International, Inc.** <br> c/o Lilian A. Asante <br> 5900 Roche Drive, Suite 325 <br> Columbus, OH 43229 | **Worldwide International, Inc.** <br> c/o Lilian A. Asante <br> 5900 Roche Drive, Suite 325 <br> Columbus, OH 43229 | | Contingent Unliquidated Disputed | 30,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Large Cartage, Inc.**                                          Case No.  _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 20, 2009**            Signature  **/s/ Young Sun Park**
                                              **Young Sun Park**
                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

American President Line, Ltd.
116 Invereness Drive East
Suite 400
Englewood, CO 80112


Antonia Mendietta and Daniel Pena
c/o Law office of William Tinning
1013 Bluff Drive
Portland, TX 78374


BP Trucking, Inc. d/b/a
B+P Trucking LLC


BP Trucking, Inc. dba B+P Trucking
c/o Axelrod Goodman Steiner, et.al.
39 S. LaSalle St., Suite 920
Chicago, IL 60603


Cedric Gadson
c/o Axelrod Goodman Steiner et. al.
39 South LaSalle Street, Suite 920
Chicago, IL 60603


Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114


CMA
5701 Lake Wright Drive
Norfolk, VA 23502


Colliers Harry K. Moore
7316 New Lagrange Road
Louisville, KY 40222


Denton County
P.O. Box 90223
Denton, TX 76202


Drake & Collopy, P.C.
One North LaSalle St., Suite 2300
Chicago, IL 60602

GE Capital
Trailer Fleet Services
530 East Swedesford Road
Wayne, PA 19087


Joseph Pete
1610
Missouri City, TX 77489


Karam Tire
3596 Moreland Avenue
Conley, GA 30288


Kirk National Lease Co.
L2670
Columbus, OH 43260


Landstar Ligon, Inc.
c/o CT Corp System
350 North St. Paul Street
Dallas, TX 75201


Lubia Ayala
c/o Corti, Aleksy & Castaneda
180 N. LaSalle Street, Suite 2910
Chicago, IL 60601


M+S Realty/ Mike McFarlin
c/o Raymon G. Prince
150 Second Avenue North, Suite 300
Nashville, TN 37201


M+S Realty/Mike McFarlin
c/o Raymon G. Prince
150 Second Avenue North, Suite 300
Nashville, TN 37201


Maersk
9033 Arrowpoint Blvd
2nd Floor
Charlotte, NC 28273


Manuel Ascencion Pena
6900 Bissonnet
Houston, TX 77074

```
MCCP
2605 Nonconnah Blvd
Memphis, TN 38132


Mediteranean
420 Fifth Avenue
New York, NY 10018


Mike McFarlin



MOL
188 Industrial Drive
Suite 300
Elmhurst, IL 60126


New Hampshire Insurance Co.
c/o Barbara Yong, Golan & Christie
70 West Madison St., Suite 1500
Chicago, IL 60602-4206


Northwest Independent School Dist.
c/o Linebarger Goggan, et. al.
100 Throckmorton, Suite 300
Fort Worth, TX 76102


NYK
3350 Highway 138
Bldg One  #221
Wall, NJ 07719


Paul I. Drake
Drake & Collopy, PC
One N. LaSalle Street, Suite 2300
Chicago, IL 60602


PENSKE/LOU
P.O. Box 802577
Chicago, IL 60680


PENSKE/MEM
P.O. Box 802577
Chicago, IL 60680
```

```
Providential Fabricator
1340 Channel Avenue
Memphis, TN 38113


Railbridge
8730 Stony Point Parkway
Suite 300
Richmond, VA 23235


Railbridge Corp.
8730 Stoney Point Parkway
#400
Richmond, VA 23235


Robert Didone
c/o James Waters, Esq.
1904 University Blvd West
Jacksonville, FL 32217


Secura Insurance
c/o Tribler Orpett & Meyer PC
225 W. Washington St., Suite 1300
Chicago, IL 60606


SOS Truck/JD Factories
P.O. Box 820681
North Richland Hills, TX 76182


TCB
P.O. Box 8519
Saint Louis, MO 63126


Toronto/COB
2200 Watkins Road
Columbus, OH 43207


Viking Properties
3663 Alum Creek Drive
Columbus, OH 43207


Worldwide International, Inc.
c/o Lilian A. Asante
5900 Roche Drive, Suite 325
Columbus, OH 43229
```

```
Young Park and Sang U Park
1164 S. Hiddenbrook Trail
Palatine, IL 60067
```