UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-22556 |
| | ) | |
| LARGE CARTAGE, INC., | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor. | ) | Chapter 11 |

## NOTICE OF MOTION

To:  Patrick S. Layng, U.S. Trustee 219 S. Dearborn St., Suite 873, Chicago, IL 60604
David M. Siegel 790 Chaddick Drive Wheeling, IL 60090
TW Telecom, Inc. 10475 Park Meadows Drive, #400, Littleton, CO 80124
Robert K. Naumann 50 Turner Avenue, Suite 200, Elk Grove Village, IL 60007
Jeffrey D. Ganz Riemer & Braunstein, LLP 3 Center Plaza, Floor 6, Boston, MA 02108-2003
Linebarger Goggan Blair & Sampson LLP 2323 Bryan Street, Suite 1600 Dallas, TX 75201
Corti, Aleksy & Castaneda 180 N. LaSalle Street, Suite 2910, Chicago, IL 60601
Sandton Credit Opportunities Fund II, LP 25 W. 45th Street, Suite 1205, New York, NY 10036
See Attached List of Creditors

**PLEASE TAKE NOTICE** that on the 25th day of September, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes in Courtroom 642 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

## **CERTIFICATE OF SERVICE**

      The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached motion on the above parties via first class mail, postage prepaid, on the 18th day of September, 2012, before the hour of 5:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois  60604.

                                               /s/ Joel A. Schechter

Joel A. Schechter  
Attorney No. 03122099  
LAW OFFICES OF JOEL A. SCHECHTER  
53 W. Jackson Blvd., Suite 1522  
Chicago, Illinois  60604; (312) 332-0267

| | | |
|---|---|---|
| American President Line, Ltd.<br>116 Invereness Drive East<br>Suite 400<br>Englewood, CO 80112 | Antonia Mendietta and Daniel Pena<br>c/o Law office of William Tinning<br>1013 Bluff Drive<br>Portland, TX 78374 | BP Trucking, Inc. d/b/a<br>B+P Trucking LLC |
| BP Trucking, Inc. dba B+P Trucking<br>c/o Axelrod Goodman Steiner, et.al.<br>39 S. LaSalle St., Suite 920<br>Chicago, IL 60603 | Cedric Gadson<br>c/o Axelrod Goodman Steiner et. al.<br>39 South LaSalle Street, Suite 920<br>Chicago, IL 60603 | Center Point Properties<br>2023 Paysphere Circle<br>Chicago, IL 60674 |
| Charter One Bank<br>1215 Superior Avenue<br>Cleveland, OH 44114 | CMA<br>5701 Lake Wright Drive<br>Norfolk, VA 23502 | Colliers Harry K. Moore<br>7316 New Lagrange Road<br>Louisville, KY 40222 |
| Crawford Marine and Transportation<br>Fred White, Team Manager<br>100 Glenridge Point Pkwy., Ste. 300<br>Atlanta, GA 30342 | Denton County<br>P.O. Box 90223<br>Denton, TX 76202 | Drake & Collopy, P.C.<br>One North LaSalle St., Suite 2300<br>Chicago, IL 60602 |
| Evergreen Shipping Agency Corp.<br>Tollway Plaza 1<br>16000 N. Dallas Parkway, Ste. 400<br>Dallas, TX 75248 | GE Capital<br>Trailer Fleet Services<br>530 East Swedesford Road<br>Wayne, PA 19087 | Joseph Pete<br>1610<br>Missouri City, TX 77489 |
| Karam Tire<br>3596 Moreland Avenue<br>Conley, GA 30288 | Kirk National Lease Co.<br>L2670<br>Columbus, OH 43260 | Landstar Ligon, Inc.<br>c/o CT Corp System<br>350 North St. Paul Street<br>Dallas, TX 75201 |
| Linda Boyle<br>TW Telecom Inc.<br>10475 Park Meadows Drive, #400<br>Littleton, CO 80124 | Lubia Ayala<br>c/o Corti, Aleksy & Castaneda<br>180 N. LaSalle Street, Suite 2910<br>Chicago, IL 60601 | M+S Realty/ Mike McFarlin<br>c/o Raymon G. Prince<br>150 Second Avenue North, Suite 300<br>Nashville, TN 37201 |
| M+S Realty/Mike McFarlin<br>c/o Raymon G. Prince<br>150 Second Avenue North, Suite 300<br>Nashville, TN 37201 | Maersk<br>9033 Arrowpoint Blvd<br>2nd Floor<br>Charlotte, NC 28273 | Manuel Ascencion Pena<br>6900 Bissonnet<br>Houston, TX 77074 |
| MCCP<br>2605 Nonconnah Blvd<br>Memphis, TN 38132 | MCW, LLC<br>c/o T.W. Walker<br>3500 E. Cherry Street<br>Springfield, MO 65809 | Mediteranean<br>420 Fifth Avenue<br>New York, NY 10018 |
| ~~Mike McFarlin~~ | Millers Lane Center, LLC<br>2501 Millers Lane<br>Louisville, KY 40216 | MOL<br>188 Industrial Drive<br>Suite 300<br>Elmhurst, IL 60126 |

New Hampshire Insurance Co.
c/o Barbara Yong, Golan & Christie
70 West Madison St., Suite 1500
Chicago, IL 60602-4206

Northwest Independent School Dist.
c/o Linebarger Goggan, et. al.
100 Throckmorton, Suite 300
Fort Worth, TX 76102

NYK
3350 Highway 138
Bldg One #221
Wall, NJ 07719

Paul I. Drake
Drake & Collopy, PC
One N. LaSalle Street, Suite 2300
Chicago, IL 60602

Penn Intermodal Leasing, Inc.
c/o Blitt and Gaines P.C.
661 Glenn Avenue
Wheeling, IL 60090

PENSKE/LOU
P.O. Box 802577
Chicago, IL 60680

PENSKE/MEM
P.O. Box 802577
Chicago, IL 60680

Providential Fabricator
1340 Channel Avenue
Memphis, TN 38113

Railbridge
8730 Stony Point Parkway
Suite 300
Richmond, VA 23235

Railbridge Corp.
8730 Stoney Point Parkway
#400
Richmond, VA 23235

Robert Didone
c/o James Waters, Esq.
1904 University Blvd West
Jacksonville, FL 32217

Ron Sturgeon Real Estate, LP
5940 Eden Dr
Haltom City, TX 76117

Secura Insurance
c/o Tribler Orpett & Meyer PC
225 W. Washington St., Suite 1300
Chicago, IL 60606

SOS Truck/JD Factories
P.O. Box 820681
North Richland Hills, TX 76182

TCB
P.O. Box 8519
Saint Louis, MO 63126

Toronto/COB
2200 Watkins Road
Columbus, OH 43207

Transport International Pool, Inc.
530 E. Swedesford Road
Wayne, PA 19087

Viking Properties
3663 Alum Creek Drive
Columbus, OH 43207

Worldwide International, Inc.
c/o Lilian A. Asante
5900 Roche Drive, Suite 325
Columbus, OH 43229

Young Park and Sang U Park
1164 S. Hiddenbrook Trail
Palatine, IL 60067

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-22556 |
| | ) | |
| LARGE CARTAGE, INC. | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | Chapter 11 |

**MOTION OF DEBTOR, LARGE CARTAGE, INC., FOR ENTRY
OF FINAL DECREE TO CLOSE CHAPTER 11 CASE**

Now Comes the Debtor and Debtor-in-Possession, Large Cartage, Inc. ("Debtor"), by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in support thereof states as follows:

1. On June 20, 2009, the Debtor filed a voluntary petition pursuant to Chapter 11 of Title 11, United States Code.

2. On December 28, 2011, an order was entered confirming the Debtor's second amended Chapter 11 plan of reorganization.

3. The confirmed plan provides for secured debt in favor of Sandton Credit Opportunities Fund II to be paid in full in monthly installments over thirty-six (36) months in the amount of $15,000.00 per month.

4. In addition to the foregoing, the confirmed plan calls for a distribution to personal injury claimants holding estimated claims in the amount of $5,000,000.00 and general unsecured creditors, holding claims in the amount of $260,401.00, to be paid, on a pro rata basis, the total

sum of $100,000.00; to be paid in quarterly installments of $5,000.00 per quarter for five (5) years. The estimated dividend to these creditors is 1.9% of the allowed claims.

5. In addition to the foregoing, unsecured priority claims in the approximate amount of $2,855.79, are to be paid in full.

6 The Debtor has, or will by the time the instant motion is heard, made distributions to the unsecured creditors in accordance with the confirmed plan and has otherwise consummated the confirmed Chapter 11 plan.

7. There are no remaining contested matters pending before this Court and the Debtor requests the Court enter the final decree.

WHEREFORE, the Debtor, Large Cartage, Inc. prays the Honorable Court enter a final decree closing the Chapter 11 case and for such other and further relief as the Court may deem just and proper.

    Respectfully submitted,

    Large Cartage, Inc., Debtor
    and Debtor-in-Possession


    By: __Joel A. Schechter__
        Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL  60604; (312) 332-0267