UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-22556 |
| | ) | |
| LARGE CARTAGE, INC., | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor. | ) | Chapter 11 |

## NOTICE OF MOTION

To: Patrick S. Layng, U.S. Trustee 219 S. Dearborn St., Suite 873, Chicago, IL 60604
David M. Siegel 790 Chaddick Drive Wheeling, IL 60090
TW Telecom, Inc. 10475 Park Meadows Drive, #400, Littleton, CO 80124
Robert K. Naumann 50 Turner Avenue, Suite 200, Elk Grove Village, IL 60007
Jeffrey D. Ganz Riemer & Braunstein, LLP 3 Center Plaza, Floor 6, Boston, MA 02108-2003
Linebarger Goggan Blair & Sampson LLP 2323 Bryan Street, Suite 1600 Dallas, TX 75201
Corti, Aleksy & Castaneda 180 N. LaSalle Street, Suite 2910, Chicago, IL 60601
Sandton Credit Opportunities Fund II, LP 25 W. 45th Street, Suite 1205, New York, NY 10036
See Attached List of Creditors

**PLEASE TAKE NOTICE** that on the 30th day of January, 2013, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes in Courtroom 613 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

## **CERTIFICATE OF SERVICE**

  The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached amended motion on the above parties via first class mail, postage prepaid, on the 27th day of December, 2012, before the hour of 5:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois 60604.

            ___/s/ Joel A. Schechter___

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois   60604; (312) 332-0267

American President Line, Ltd.
116 Invereness Drive East
Suite 400
Englewood, CO 80112

Antonia Mendietta and Daniel Pena
c/o Law office of William Tinning
1013 Bluff Drive
Portland, TX 78374

BP Trucking, Inc. dba B+P Trucking
c/o Axelrod Goodman Steiner, et.al.
39 S. LaSalle St., Suite 920
Chicago, IL 60603

Cedric Gadson
c/o Axelrod Goodman Steiner et. al.
39 South LaSalle Street, Suite 920
Chicago, IL 60603

Center Point Properties
2023 Paysphere Circle
Chicago, IL 60674

Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114

CMA
5701 Lake Wright Drive
Norfolk, VA 23502

Colliers Harry K. Moore
7316 New Lagrange Road
Louisville, KY 40222

Crawford Marine and Transportation
Fred White, Team Manager
100 Glenridge Point Pkwy., Ste. 300
Atlanta, GA 30342

Denton County
P.O. Box 90223
Denton, TX 76202

Drake & Collopy, P.C.
One North LaSalle St., Suite 2300
Chicago, IL 60602

Evergreen Shipping Agency Corp.
Tollway Plaza 1
16000 N. Dallas Parkway, Ste. 400
Dallas, TX 75248

GE Capital
Trailer Fleet Services
530 East Swedesford Road
Wayne, PA 19087

Karam Tire
3596 Moreland Avenue
Conley, GA 30288

Kirk National Lease Co.
L2670
Columbus, OH 43260

Landstar Ligon, Inc.
c/o CT Corp System
350 North St. Paul Street
Dallas, TX 75201

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Lubia Ayala
c/o Corti, Aleksy & Castaneda
180 N. LaSalle Street, Suite 2910
Chicago, IL 60601

M+S Realty/ Mike McFarlin
c/o Raymon G. Prince
150 Second Avenue North, Suite 300
Nashville, TN 37201

M+S Realty/Mike McFarlin
c/o Raymon G. Prince
150 Second Avenue North, Suite 300
Nashville, TN 37201

Maersk
9033 Arrowpoint Blvd
2nd Floor
Charlotte, NC 28273

Manuel Ascencion Pena
6900 Bissonnet
Houston, TX 77074

MCCP
2605 Nonconnah Blvd
Memphis, TN 38132

MCW, LLC
c/o T.W. Walker
3500 E. Cherry Street
Springfield, MO 65809

Mediteranean
420 Fifth Avenue
New York, NY 10018

Millers Lane Center, LLC
2501 Millers Lane
Louisville, KY 40216

MOL
188 Industrial Drive
Suite 300
Elmhurst, IL 60126

New Hampshire Insurance Co.
c/o Barbara Yong, Golan & Christie
70 West Madison St., Suite 1500
Chicago, IL 60602-4206

Paul I. Drake
Drake & Collopy, PC
One N. LaSalle Street, Suite 2300
Chicago, IL 60602

PENSKE/MEM
P.O. Box 802577
Chicago, IL 60680

Railbridge Corp.
8730 Stoney Point Parkway
#400
Richmond, VA 23235

Secura Insurance
c/o Tribler Orpett & Meyer PC
225 W. Washington St., Suite 1300
Chicago, IL 60606

Toronto/COB
2200 Watkins Road
Columbus, OH 43207

Worldwide International, Inc.
c/o Lilian A. Asante
5900 Roche Drive, Suite 325
Columbus, OH 43229

Northwest Independent School Dist.
c/o Linebarger Goggan, et. al.
100 Throckmorton, Suite 300
Fort Worth, TX 76102

Penn Intermodal Leasing, Inc.
c/o Blitt and Gaines P.C.
661 Glenn Avenue
Wheeling, IL 60090

Providential Fabricator
1340 Channel Avenue
Memphis, TN 38113

Robert Didone
c/o James Waters, Esq.
1904 University Blvd West
Jacksonville, FL 32217

SOS Truck/JD Factories
P.O. Box 820681
North Richland Hills, TX 76182

Transport International Pool, Inc.
530 E. Swedesford Road
Wayne, PA 19087

Young Park and Sang U Park
1164 S. Hiddenbrook Trail
Palatine, IL 60067

NYK
3350 Highway 138
Bldg One #221
Wall, NJ 07719

PENSKE/LOU
P.O. Box 802577
Chicago, IL 60680

Railbridge
8730 Stony Point Parkway
Suite 300
Richmond, VA 23235

Ron Sturgeon Real Estate, LP
5940 Eden Dr
Haltom City, TX 76117

TCB
P.O. Box 8519
Saint Louis, MO 63126

Viking Properties
3663 Alum Creek Drive
Columbus, OH 43207

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-22556 |
| | ) | |
| LARGE CARTAGE, INC. | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | Chapter 11 |

## AMENDED MOTION OF DEBTOR, LARGE CARTAGE, INC., FOR ENTRY OF FINAL DECREE TO CLOSE CHAPTER 11 CASE

Now Comes the Debtor and Debtor-in-Possession, Large Cartage, Inc. ("Debtor"), by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in support thereof states as follows:

1. On June 20, 2009, the Debtor filed a voluntary petition pursuant to Chapter 11 of Title 11, United States Code.

2. On December 28, 2011, an order was entered confirming the Debtor's second amended Chapter 11 plan of reorganization ("Plan").

3. The Plan provides for secured debt in favor of Sandton Credit Opportunities Fund II (Class 1) to be paid in full in monthly installments over thirty-six (36) months in the amount of $15,000.00 per month.

4. In addition to the foregoing, the Plan calls for a distribution to personal injury claimants (Class 2) holding estimated claims in the amount of $5,000,000.00 and general unsecured creditors (Class 3), holding claims in the amount of $260,401.00, to be paid, on a pro rata basis, the total sum of $100,000.00; to be paid in quarterly installments of $5,000.00 per

quarter for five (5) years. The estimated dividend to these creditors is 1.9% of the allowed claims.

5. In addition to the foregoing, unsecured priority claims (Class 4) in the approximate amount of $2,855.79, are to be paid in full.

6. The Class 5 claimant is the sole shareholder of the Debtor who will retain ownership of the outstanding common stock in the Reorganized Debtor for a cash contribution of $5,000.00.

7. Finally, the Plan provided for costs and expenses of administrative claimants to be paid upon application and allowance by the Court.

8. Pursuant to Rule 3022-1 of the Local Bankruptcy Rules, the Debtor hereby alleges that it is in full compliance with the Plan as follows:

    a. The Debtor is current in its monthly obligations to the Class 1 claimant.

    b. The Debtor has paid in full the Class 4 claimants.

    c. As to the Class 2 claimant, the Debtor has paid $14,777.32 to the Class 2 claimant with another $4,777.32 to be paid by the close of December, 2012. Thereafter, the Class 2 claimant shall continue to receive quarterly payments in the sum of $4,777.32 until the total sum of $95,546.37 is paid.

    d. Since the dividends over the life of the Plan to the Class 3 claimants totalled just under $5,000.00, the Debtor has paid in full the Class 3 claimants.

9. The only remaining matter for the Court to consider is the final fee application of Debtor's counsel which will be noticed for hearing on the same date as the instant amended motion.

WHEREFORE, the Debtor, Large Cartage, Inc. prays the Honorable Court enter a final decree closing the Chapter 11 case and for such other and further relief as the Court may deem just and proper.

        Respectfully submitted,

        Large Cartage, Inc., Debtor
        and Debtor-in-Possession


        By: __Joel A. Schechter__
            Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL  60604; (312) 332-0267