UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LARGE CARTAGE, INC.<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  09-22556<br><br>Chapter: 11<br>Honorable  Timothy A. Barnes |

**FINAL DECREE CLOSING CHAPTER 11 CASE**

At Chicago, IL, this 30th day of January, 2013, before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the said district and division.

This matter coming on for hearing on the amended motion of the Debtor, Large Cartage, Inc. to enter the final decree closing the Chapter 11 case pursuant to 11 U.S.C. Section 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure; notice having been served upon all parties; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that the final decree closing the Chapter 11 case be, and hereby is, entered.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: 30 JAN 2013

**Prepared by:**

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267

Rev: 20101118_bko